# UNITED STATES COURT OF APPEALS FOR VETERANS CLAIMS

No. 18-5628

GARY PHILBROOK, APPELLANT,

V.

DENIS MCDONOUGH,
SECRETARY OF VETERANS AFFAIRS, APPELLEE.

On Remand from the U.S. Court of Appeals for the Federal Circuit

(Decided February 11, 2022)

*Kenneth Carpenter*, of Topeka, Kansas, for the appellant.

*James M. Byrne,* General Counsel; *Mary Ann Flynn*, Chief Counsel; *Selket N. Cottle*, Deputy Chief Counsel; and *Shondriette D. Kelley,* all of Washington, D.C., were on the brief for the appellee.

Before PIETSCH, GREENBERG, and TOTH, *Judges*.

TOTH, *Judge*: This case is before the Court on remand from the Federal Circuit. *Philbrook v. McDonough*, 15 F.4th 1117 (Fed. Cir. 2021). The Court remands to the Board for further consideration in line with the Federal Circuit's decision.

In a June 2018 decision, the Board denied a rating for total disability based on individual unemployability (TDIU) under federal provisions that prohibit the assignment of a TDIU rating to a veteran who "is incarcerated in a Federal, State or local penal institution or correctional facility for conviction of a felony." 38 U.S.C. § 5313(c); *accord* 38 C.F.R. § 3.341(b) (2021). In a May 2020 memorandum decision, this Court affirmed the Board's decision, holding that the plain language of the statute ("incarcerated" in a "correctional facility") covered the veteran's situation—confinement at the Oregon State Hospital after entering a stipulation of guilty except for insanity. Mr. Philbrook appealed to the Federal Circuit, which held that "the Oregon State Hospital is not a 'penal institution or correctional facility' under § 5313(c)" and reversed this Court's "decision that Mr. Philbrook was barred from receiving a TDIU rating as a matter of law." *Philbrook*, 15 F.4th at 1121.

Accordingly, the Court VACATES and REMANDS the Board's June 19, 2018, decision denying TDIU for readjudication.